THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN URRUTIA, Appellant. [770 NYS2d 526]—Appeal from a judgment of Monroe County Court (Smith, J.), entered September 3, 1997, convicting defendant after a jury trial of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of sodomy in the first degree (Penal Law § 130.50 [3]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see People v Bleakley,* 69 NY2d 490, 495 [1987]). In assessing the weight of the evidence, "[g]reat deference is accorded to the fact-finder's opportunity to view the witnesses, hear the testimony and observe demeanor"

(*id.*), and there is no reason to disturb those credibility determinations herein (*see People v Shedrick*, 66 NY2d 1015, 1017-1018 [1985], *rearg denied* 67 NY2d 758 [1986]; *People v Early*, 261 AD2d 967 [1999]).

We reject the further contention of defendant that the sentence of an indeterminate term of imprisonment of $12\frac{1}{2}$ to 25 years is unduly harsh and severe. In addition, defendant contends that he was "punished" for exercising his right to a trial inasmuch as the sentence imposed was more severe than the sentence in the plea offer that he rejected. "Given that the *quid pro quo* of the bargaining process will almost necessarily involve offers to moderate sentences that ordinarily would be greater . . ., it is . . . to be anticipated that sentences handed out after trial may be more severe than those proposed in connection with a plea" (*People v Pena*, 50 NY2d 400, 412 [1980], *rearg denied* 51 NY2d 770 [1980], *cert denied* 449 US 1087 [1981]; *see Matter of Kelly v Safir*, 96 NY2d 32, 40 [2001], *rearg denied* 96 NY2d 854 [2001]). Here, contrary to defendant's contention, there is no indication that the sentence imposed was "the product of vindictiveness" (*People v Thompson*, 299 AD2d 889, 890 [2002], *lv denied* 99 NY2d 585 [2003]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.